**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | **CR 00-00251-1-PHX-ROS** |
| vs. ) | |
| ) | **DETENTION ORDER** |
| Pablo Lara-Dominguez, ) | |
|     Defendant. ) | |

Defendant appeared before this Court on a Petition for Revocation of Supervised Release. The Court considered the Petition and file in determining whether defendant should be released on conditions set by the Court.

The Court finds that defendant has failed to carry his burden of establishing that he will not flee pursuant to 18 U.S.C. §3142(b) or (c). Further, that there is no condition or combination of conditions that will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3142(e); Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 31st day of August, 2006.

*Edward C. Voss*
Edward C. Voss
United States Magistrate Judge